UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEZ RENT A CAR NEW YORK, LLC d/b/a EZ RENTAL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>VISA Inc. and VISA USA Inc.,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 23-cv-2534<br><br>FIRST AMENDED COMPLAINT AND CIVIL JURY DEMAND |

Plaintiff, AEZ RENT A CAR NEW YORK, LLC d/b/a EZ RENTAL ("EZ Rental" or "Plaintiff"), by their undersigned attorneys, as and for their Complaint against Defendants, VISA, Inc. ("Visa"), and VISA USA, Inc., ("Visa USA") (collectively, "Defendants"), allege as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract brought pursuant to, 28 U.S.C. § 1332 and 28 U.S.C. § 1367.

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves an action between citizens of different states and the matter in controversy exceeds $75,000.

3. Venue lies in this federal judicial district pursuant to 28 U.S.C. § 1391 (b)(2).

## JURY DEMAND

4. Pursuant to the Seventh Amendment of the United States Constitution, Plaintiff requests a jury trial on all issues and claims set forth in this Complaint.

## PARTIES

5. Plaintiff EZ Rental is a corporation duly organized and existing under the laws of the State of New York with its principal place of business located at 4919 20th Ave, Brooklyn, NY 11204.

6. Defendant Visa, Inc., is an entity incorporated in the State of Delaware with its principal place of business located at 900 Metro Center Blvd., Foster City, CA 94128.

7. Defendant Visa USA, Inc., is an entity incorporated in the State of Delaware with its principal place of business located at 900 Metro Center Blvd., Foster City, CA 94128. Upon information and belief, Visa USA is a wholly owned subsidiary of Visa.

## FACTUAL BACKGROUND

8. Plaintiff EZ Rental is a vehicle rental company that rents automobiles from its New York locations to customers.

9. EZ Rental's standard form rental agreement (the "Rental Agreement") contains a collision damage waiver which states, "By initialing, Renter DECLINES Collision Damage Waiver (CDW) Renter is providing coverage through but not limited to either their own personal policy, credit card, or coverage purchased from a third party". A copy of the Rental Agreement is attached hereto as **Exhibit 1**.

10. Visa USA provides consumer credit cards to cardholders in the United States.

11. Visa USA's cardholder agreement includes a collision damage waiver (the "Visa Collision Damage Waiver") which reimburses the cardholder "for damages caused by theft or collision --up to the Actual Cash Value of rental vehicles with an original manufacturer's suggested retail price of up to seventy-five thousand dollars ($75,000.00) when new." Individuals receive the benefit of the Visa Collision Damage Waiver if their name is on the card used to complete the entire rental car transaction and they decline the rental company's collision damage waiver. A copy of the Visa Collision Damage Waiver is attached hereto as **Exhibit 2**.

12. Between March of 2019 and December of 2022, two hundred ninety-four (294) individual Visa USA cardholders (each a "Cardholder" and collectively the "Cardholders") rented vehicles through EZ Rental and declined the EZ Rental collision damage waiver.

13. Each Cardholder was covered by the Visa Collision Damage Waiver for their vehicle rented through EZ Rental.

14. Each EZ Rental vehicle rented by a Cardholder sustained damages caused by collision during the period of the Cardholder's rental.

15. Under the terms of the Visa Collision Damage Waiver, Visa USA was required to reimburse each Cardholder for the cost to repair damage to the vehicles rented through EZ Rental.

16. The Cardholders assigned their rights under the Visa Collision Damage Waiver to EZ Rental.

17. EZ Rental paid for all repairs for the collision damage sustained during the applicable rental period by the vehicles rented to the Cardholders.

18. EZ Rental and/or the Cardholders timely submitted all necessary documentation required to file a claim for coverage under the Visa Collision Damage Waiver.

19. EZ Rental and/or the Cardholders timely submitted all necessary documentation supporting the damages sustained to the rental vehicles.

20. EZ Rental timely made each Cardholder's damaged vehicle available to Visa USA for inspection of damages for a reasonable time prior to the repair.

21. A table listing each Cardholder, their claim number, and the outstanding amount owed by Visa USA for damages caused to the respective rental vehicle is attached hereto as **Exhibit 3**.

## COUNT I
### (Breach of Contract)

22. Plaintiff repeats and realleges each and every allegation as set forth in paragraphs 1-21 as if fully set forth herein.

23. Pursuant to the Visa Collision Damage Waiver, Defendants were required to reimburse each Cardholder for the cost to repair damage to the vehicles rented through EZ Rental.

24. Defendants committed a breach of contract by failing to reimburse EZ Rental for the cost of repairs.

4

25. As a result of the breach of contract by Defendants, plaintiff has been damaged in the sum of at least $1,656,122.25, with the precise amount to be determined at the trial of this action.

**WHEREFORE**, plaintiff demands judgment on its First Cause of Action for breach of contract against Defendants in the sum of at least $1,656,122.25, with the precise amount to be determined at the trial of this action, with interest thereon, together with the costs and disbursements of this action.

Dated:   Brooklyn, New York
         November 6, 2023

                                            ABRAMS FENSTERMAN, LLP

By: *Dean Boyer*
N. Dean Boyer
Amy B. Marion
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300
nboyer@abramslaw.com
*Attorneys for Plaintiff*

# EZ RENTAL
CARS • VANS • SUVS • 15 PASS VANS

# Rental Agreement

**Smoke/Odor Fee $300.00**

| RENTER'S NAME | | | | VEHICLE NO. | | LICENSE NO. / STATE | |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | CITY | STATE | ZIP CODE | MAKE | MODEL | FUEL OUT  / 8 | FUEL IN |
| DRIVER'S LICENSE NO. | STATE | EXP. DATE | D.O.B. | YEAR | COLOR | DATE / TIME OUT | |
| MOBILE PHONE | | HOME PHONE | | ODOMETER OUT | ODOMETER IN | DATE / TIME DUE | |
| LOCAL ADDRESS | | LOCAL PHONE | | FREE MILES | MILES DRIVEN | DATE / TIME IN | |
| EMAIL | | | | | | | |
| INSURANCE CO. | POLICY # | | EXP. DATE | HOURS @ $ | | /Hour | |
| | | | | DAYS @ $ | | /Day | |
| SHOP REPLACEMENT | PHONE | | | WEEKS @ $ | | /Week | |
| | | | | MILES @ $ | | /Mile | |

ADDITIONAL DRIVERS
ONLY THE BELOW NAMED PERSONS ARE AUTHORIZED AS ADDITIONAL DRIVERS.

TOTAL MILEAGE AND RENTAL CHARGES

REFUELING GAS        GALS. @ $

| ADDITIONAL DRIVER | DRIVER'S LICENSE NO. | D.O.B. |
|---|---|---|
| ADDITIONAL DRIVER | DRIVER'S LICENSE NO. | D.O.B. |

**COLLISION DAMAGE WAIVER (CDW)**           INITIAL   X

By initialing, Renter DECLINES Collision Damage Waiver (CDW) Renter is providing coverage through but not limited to either their own personal policy, credit card, or coverage purchased from a third party.

Additional Driver's Fee        $4.00/Day

Sales Tax
Rental Tax
TOTAL

**ROADSIDE ASSISTANCE PROGRAM**    DECLINES X    ACCEPTS X

You agree to purchase Roadside Assistance at the rate of $4.00 per day. See brochure for included services.
For Roadside Assistance, call (800)328-7272 with A/C 8500694.
If Roadside Assistance is declined, you may still call for assistance when needed, but Renter will be responsible for all charges related to usage of Roadside Assistance.

TOTAL CHARGES
LESS DEPOSIT
**BALANCE DUE**
CASH REFUND    CUSTOMER INITIALS

### Additional Terms and Conditions
* You are responsible for damages to and loss of the Vehicle, Including any consequential damages, as explained in Paragraph 4 of this Agreement, unless You purchase a damage waiver, where available.
* You authorize Us to reserve credit, and to process a credit card voucher in Your Name for any unpaid charges related to this rental or loan.
* You must pay all parking, traffic, and toll violations incurred during the rental or loan to the issuing government authorities or to Us. All tolls and violations may be subject to a $40.00 administrative fee.
* By signing this agreement, You acknowledge that You have read both sides of this agreement and agree to all of its terms and conditions. You also agree to be fully responsible for all acts and omissions of Authorized Drivers while they drive the Vehicle and their failure to comply with the terms and conditions of this Agreement.
* usage plus toll charges of an EZ Pass tag for the duration of the rental.
* This agreement shall not exceed a 30 day period.
* Customer agrees to pay a $1000.00 deductible towards liability in the event of an accident.

RETURN LOCATION (IF DIFFERENT FROM OUR LOCATION)

BALANCE DUE

| CREDIT CARD | CREDIT CARD NUMBER | EXPIRATION DATE | Auth Amount |
|---|---|---|---|

X _____
RENTER'S SIGNATURE

Effective 4/15/21
Terms and Conditions

### Auto Rental Collision Damage Waiver

No cardholder wants to incur the expense of repairing or replacing a rented car. But accidents do happen, and vehicles do get stolen. No matter what happens to Your rental car, You can be covered with Auto Rental Collision Damage Waiver.

Auto Rental Collision Damage Waiver reimburses You for damages caused by theft or collision -- up to the Actual Cash Value of rental vehicles with an original manufacturer's suggested retail price of up to seventy-five thousand dollars ($75,000.00) when new.  Auto Rental Collision Damage Waiver covers no other type of loss.  For example, in the event of a collision involving Your rented vehicle, damage to any other driver's car or the injury of anyone or anything is not covered. Rental periods of fifteen (15) consecutive days within Your country of residence, and thirty-one (31) consecutive days outside it, are both covered. (Longer rental periods, however, are *not* covered).

You are eligible for this benefit if Your name is embossed on an eligible card issued in the United States and You use it to initiate and complete Your entire car rental transaction. Only You as the primary car renter and any additional drivers permitted by the Rental Car Agreement are covered.

#### How Auto Rental Collision Damage Waiver Works

Your Auto Rental Collision Damage Waiver benefit acts as primary coverage and covers theft, damage, valid loss-of-use charges imposed and substantiated by the auto rental company, administrative fees and reasonable and customary towing charges, due to a covered theft or damage to the nearest qualified repair facility.

#### How to use Auto Rental Collision Damage Waiver

1. Use Your card to initiate and complete Your entire car rental transaction.
2. Review the auto rental agreement and decline the rental company's collision damage waiver (CDW/LDW) option, or a similar provision, **as accepting this coverage will cancel out Your benefit**. If the rental company insists that You purchase their insurance or collision damage waiver, **call the Benefit Administrator for assistance at 1-800-546-9806. Outside the United States, call collect at 1-804-673-7481.**

**Before You leave the lot, be sure to check the car for any prior damage.**

This benefit is in effect during the time the rental car is in Your (or an authorized driver's) control, and it terminates when the rental company reassumes control of their vehicle.

This benefit is available in the United States and most foreign countries (**with the exception of Israel, Jamaica, the Republic of Ireland or Northern Ireland**). However, this benefit is not available where precluded by law, or where it's in violation of the territory terms of the auto rental agreement, or when prohibited by individual merchants. **Because regulations vary outside the United States, check with Your auto rental company and the Benefit Administrator before You travel, to be sure that Auto Rental Collision Damage Waiver will apply.**

#### Vehicles *not* covered

Certain vehicles are *not* covered by this benefit, they consist of expensive, exotic, and antique cars; cargo vans; certain vans; vehicles with an open cargo bed; trucks; motorcycles; mopeds; motorbikes; limousines; and recreational vehicles.

An **expensive automobile** is defined as any vehicle with an original manufacturer's suggested retail price of more than seventy-five thousand dollars ($75,000.00)when new.

An **antique car** is defined as one that is over twenty (20) years old, or one that has not been manufactured for ten (10) years or more.

Vans are not covered. But those designed as small-group transportation vehicles (seating up to nine (9) people, including the driver) *are* covered.

**If You have questions about a specific vehicle's coverage or organization where the vehicle is being <u>reserved</u>, call the Benefit Administrator at 1-800-546-9806, or call collect outside the United States at 1-804-673-7481 collect.**

**<u>Related instances & losses *not* covered</u>**

- Any obligation You assume under any agreement (other than the deductible on Your personal auto policy)
- Any violation of the auto rental agreement or this benefit
- Injury of anyone, or damage to anything, inside or outside the Rental Vehicle
- Loss or theft of personal belongings
- Personal liability
- Expenses assumed, waived, or paid by the auto rental company, or its insurer
- The cost of any insurance, or collision damage waiver, offered by or purchased through the auto rental company
- Depreciation of the Rental Vehicle caused by the incident including, but not limited to, "diminished value"
- Expenses reimbursable by Your insurer, employer, or employer's insurance
- Theft or damage due to intentional acts, or due to the driver(s) being under the influence of alcohol, intoxicants, or drugs, or due to contraband, or illegal activities
- Wear and tear, gradual deterioration, or mechanical breakdown
- Items not installed by the original manufacturer
- Damage due to off-road operation of the Rental Vehicle
- Theft or damage due to hostility of any kind (including, but not limited to, war, invasion, rebellion, insurrection, or terrorist activities)
- Confiscation by authorities
- Vehicles that do not meet the definition of covered vehicles
- Rental periods that either exceed, or are intended to exceed, fifteen (15) consecutive days, within Your country of residence, or thirty-one (31) days outside Your country of residence
- Leases and mini leases
- Theft or damage as a result of the authorized driver's and/or cardholder's lack of reasonable care in protecting the Rental Vehicle before and/or after the damage or theft occurs (for example, leaving the car running and unattended)
- Theft or damage reported more than forty-five (45) days* after the date of the incident
- Theft or damage for which a claim form has not been received within ninety (90) days* from the date of the incident
- Theft or damage for which all required documentation has not been received within three hundred and sixty-five (365) days after the date of the incident
- Theft or damage from rental transactions that originated in Israel, Jamaica, the Republic of Ireland, or Northern Ireland
- Losses caused by or resulting from a Cyber Incident

**\*Not applicable to residents in certain states**

**Filing a claim**

It is Your responsibility as a cardholder to make every effort to protect Your Rental Vehicle from damage or theft. If You have an accident, or Your Rental Vehicle has been stolen, immediately call the Benefit Administrator at **1-800-546-9806** to report the incident, regardless of whether Your liability has been established. Outside the United States, call collect at **1-804-673-7481**.

You should report the theft or damage as soon as possible but no later **than forty-five (45) days** from the date of the incident.

The Benefit Administrator reserves the right to deny any claim containing charges that would not have been included, if notification occurred before the expenses were incurred. Thus, it's in Your best interest to notify the Benefit Administrator immediately after an incident. Reporting to any other person will not fulfill this obligation.

**What You must submit to file a claim**

At the time of the theft or damage, or when You return the Rental Vehicle, ask Your car rental company for the following documents:
- A copy of the accident report form
- A copy of the initial and final auto rental agreements (front and back)
- A copy of the repair estimate and itemized repair bill
- Two (2) photographs of the damaged vehicle, if available
- A police report, if obtainable
- A copy of the demand letter which indicates the costs You are responsible for and any amounts that have been paid toward the claim

Submit all of the above documents from the rental company, along with the following documents, to the Benefit Administrator:
- The completed and signed Auto Rental Collision Damage Waiver claim form (Important: This must be postmarked within ninety (90) days* of the theft or damage date, even if all other required documentation is not yet available – **or Your claim may be denied**.
- A copy of Your monthly billing statement (showing the last four [4] digits of the Account number) demonstrating that the entire rental transaction was made on Your eligible Account.
- Any other documentation required by the Benefit Administrator to substantiate the claim.

Finally, please note that all remaining documents must be postmarked within three hundred and sixty-five (365) days* of the theft or damage date **or Your claim may be denied.**

**\*Not applicable to residents of certain states.**

*For faster filing, or to learn more about Auto Rental Collision Damage Waiver, visit* **www.eclaimsline.com**

**Finalizing Your claim**

Your claim will typically be finalized within fifteen (15) days, after the Benefit Administrator has received all the documentation needed to substantiate Your claim.

**Transference of claims**

Once Your claim has been paid, all Your rights and remedies against any party in regard to this theft or damage will be transferred to the Benefit Administrator, to the extent of the cost of payment made to You. You must give the Benefit Administrator all assistance as may reasonably be required to secure all rights and remedies.

**Definitions for Auto Rental Collision Damage Waiver**

**Account** means Your credit or debit card Accounts.

**Actual Cash Value** means the amount a Rental Vehicle is determined to be worth based on its market value, age and condition at the time of loss.

**Computer Programs** means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**Cyber Incident** means any of the following acts:

(a) unauthorized access to or use of Your Digital Data or Rental Vehicle;
(b) alteration, corruption, damage, reduction in functionality, manipulation, misappropriation, theft, deletion, erasure, loss of use or destruction of Your Digital Data or Rental Vehicle;
(c) transmission or introduction of a computer virus or harmful code, including ransomware, into or directed against Your Digital Data or Rental Vehicle;
(d) restriction or inhibition of access to or directed against Your Digital Data or Rental Vehicle;
(e) computer errors, including human operating error or omission; power failure, surge, or diminution of electronic systems; or mistakes in legitimate electronic code or damage from code installed on a Rental Vehicle during the manufacturing process, upgrade process, or normal maintenance

**Digital Data** means information, concepts, knowledge, facts, images, sounds, instructions, or Computer Programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. Digital Data shall include the capacity of a Rental Vehicle to store information, process information, and transmit information over the Internet.

**Eligible Person** means a cardholder who pays for their auto rental by using their eligible Account.

**Rental Car Agreement** means the entire contract an eligible renter receives when renting a Rental Vehicle from a rental car agency which describes in full all of the terms and conditions of the rental, as well as the responsibilities of all parties under the contract.

**Rental Vehicle** means a land motor vehicle with four or more wheels as described in the participating organization's disclosure statement which the eligible renter has rented for the period of time shown on the Rental Car Agreement and does not have a manufacturer's suggested retail price exceeding the amount shown on the participating organization's disclosure statement

**You or Your** means an Eligible Person who uses their eligible card to initiate and complete the rental car transaction.

**Additional provisions for Auto Rental Collision Damage Waiver**

- Signed or pinned transactions are covered as long as You use Your eligible Account to secure the transaction.
- You shall do all things reasonable to avoid or diminish any loss covered by this benefit. This provision will not be unreasonably applied to avoid claims.
- If You make any claim knowing it to be false or fraudulent in any respect, no coverage shall exist for such claim, and Your benefit may be cancelled. Each cardholder agrees that representations regarding claims will be accurate and complete. Any and all relevant provisions shall be void in any case of fraud, intentional concealment, or misrepresentation of material fact.
- No legal action for a claim may be brought against the Provider until sixty (60) days after the Provider receives Proof of Loss. No legal action against the Provider may be brought more than

- two (2) years after the time for giving Proof of Loss. Further, no legal action may be brought against the Provider unless all the terms of the Guide to Benefits have been complied with fully.
- This benefit is provided to eligible cardholders at no additional cost. The terms and conditions contained in this Guide to Benefits may be modified by subsequent endorsements. Modifications to the terms and conditions may be provided via additional Guide to Benefits mailings, statement inserts, statement messages or electronic notification. The benefits described in this Guide to Benefits will not apply to cardholders whose Accounts have been suspended or cancelled.
- Termination dates may vary by financial institutions. Your financial institution can cancel or non-renew the benefits for cardholders, and if they do, they will notify You at least thirty (30) days in advance. Indemnity Insurance Company of North America ("Provider") is the underwriter of these benefits and is solely responsible for its administration and claims. The Benefit Administrator provides services on behalf of the Provider.
- After the Benefit Administrator has paid Your claim, all Your rights and remedies against any party in respect of this claim will be transferred to the Benefit Administrator to the extent of the payment made to You. You must give the Benefit Administrator all assistance as may reasonably be required to secure all rights and remedies.
- This benefit does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit the provision of insurance, including, but not limited to, the payment of claims.

FORM #ARCDW – 2021 (Stand 04/21)                                                                                      ARCDW-I

**For more information about the benefit described in this guide, call the Benefit Administrator at 1-800-546-9806, or call collect outside the U.S. at 1-804-673-7481.**

| Renter Name | Claim Number | Total Expenses | Payments | Net | Date of Loss |
|---|---|---|---|---|---|
| Abedhakam | 000 817 4164 | $ 7,656.67 | $ - | $ (7,656.67) | 4/12/2022 |
| Acosta | 000 679 2145 | $ 3,414.95 | $ - | $ (3,414.95) | 1/27/2020 |
| Ahmed | 000 726 9936 | $ 2,283.03 | $ - | $ (2,283.03) | 11/2/2020 |
| Aktar | 000 754 7138 | $ 2,200.00 | $ - | $ (2,200.00) | 7/12/2021 |
| Arafat | 000 809 9238 | $ 11,832.50 | $ - | $ (11,832.50) | 3/21/2022 |
| Ashen | 000 714 8390 | $ 4,980.43 | $ - | $ (4,980.43) | 5/31/2020 |
| Ashkenazi | 000 662 1457 | $ 1,847.83 | $ - | $ (1,847.83) | 10/29/2019 |
| Atkins | 000 703 9395 | $ 10,817.81 | $ - | $ (10,817.81) | 3/31/2020 |
| Beckerman | 000 754 3227 | $ 7,308.57 | $ - | $ (7,308.57) | 7/25/2021 |
| Benguira | 000 808 2810 | $ 1,842.00 | $ - | $ (1,842.00) | 3/4/2022 |
| Berkowitz | 000 733 1669 | $ 6,107.23 | $ - | $ (6,107.23) | 1/26/2021 |
| Berney | 000 737 0162 | $ 3,761.24 | $ - | $ (3,761.24) | 3/23/2021 |
| Bick | 000 810 1546 | $ 1,293.46 | $ - | $ (1,293.46) | 3/21/2022 |
| Birbach | 000 739 7165 | $ 3,498.91 | $ - | $ (2,498.91) | 3/5/2021 |
| Birnhack | 000 713 5868 | $ 4,324.59 | $ - | $ (4,324.59) | 5/14/2020 |
| Bittman | 000 722 8307 | $ 5,970.72 | $ - | $ (5,970.72) | 8/30/2020 |
| Blau | 000 712 5694 | $ 2,585.04 | $ - | $ (2,585.04) | 5/10/2020 |
| Bleier | 000 829 2530 | $ 4,556.28 | $ - | $ (4,556.28) | 6/8/2022 |
| Blumenfeld | 000 734 9750 | $ 6,239.39 | $ - | $ (6,239.39) | 2/22/2021 |
| Bodenheimer | 000 680 6970 | $ 4,672.71 | $ - | $ (4,672.71) | 2/4/2020 |
| Borenstein | 000 747 0257 | $ 1,516.96 | $ - | $ (1,516.96) | 6/15/2021 |
| Boryshchak | 000 757 1733 | $ 7,940.19 | $ - | $ (7,940.19) | 8/20/2021 |
| Brach | 000 740 9931 | $ 2,827.76 | $ - | $ (2,827.76) | 3/4/2021 |
| Brach | 000 715 6495 | $ 4,464.52 | $ - | $ (4,464.52) | 6/5/2020 |
| Braun | 000 734 0694 | $ 3,761.59 | $ 3,309.20 | $ (452.39) | 2/7/2021 |
| Braun | 000 727 9385 | $ 2,746.91 | $ - | $ (2,746.91) | 11/8/2020 |
| Breier | 000 745 8634 | $ 3,544.67 | $ - | $ (3,544.67) | 6/21/2021 |
| Bresslower | 000 739 1006 | $ 3,820.56 | $ - | $ (3,820.56) | 4/18/2021 |
| Breuer | 000 684 9847 | $ 3,185.34 | $ - | $ (3,185.34) | 2/25/2020 |
| Brown | 000 801 0420 | $ 22,083.28 | $ - | $ (22,083.28) | 1/22/2022 |
| Carone Smith | 000 652 4946 | $ 965.94 | $ - | $ (965.94) | 9/13/2019 |
| Chaim | 000 727 0357 | $ 2,281.18 | $ - | $ (2,281.18) | 11/4/2020 |
| Choueka | 000 680 1647 | $ 1,820.62 | $ - | $ (1,820.62) | 2/2/2020 |
| Chowdhury | 000 729 6510 | $ 2,874.81 | $ - | $ (2,874.81) | 12/8/2020 |
| Dancziger | 000 760 3510 | $ 4,204.33 | $ - | $ (4,204.33) | 8/19/2021 |
| Daniel Amar | 000 651 4497 | $ 1,402.03 | $ - | $ (1,402.03) | 9/4/2019 |
| David | 000 737 7797 | $ 5,309.04 | $ - | $ (5,309.04) | 4/5/2021 |
| Davidovics | 000 804 3503 | $ 9,273.18 | $ - | $ (9,273.18) | 2/23/2022 |
| Derbarmdiger | 000 711 5372 | $ 14,509.89 | $ - | $ (14,509.89) | 4/24/2020 |
| Deutsch | 000 776 4648 | $ 1,703.38 | $ - | $ (1,703.38) | 9/9/2021 |
| Deutsch | 000 682 6287 | $ 9,008.47 | $ - | $ (9,008.47) | 2/11/2020 |
| Deutsch | 000 637 4124 | $ 10,464.28 | $ - | $ (10,464.28) | 6/27/2019 |
| Deutsch | 000 634 8612 | $ 8,471.02 | $ - | $ (8,471.02) | 6/14/2019 |
| Dhonddup | 000 731 5576 | $ 2,583.78 | $ - | $ (2,583.78) | 1/3/2021 |
| Dicker | 000 738 7538 | $ 4,491.85 | $ 3,636.71 | $ (855.14) | 4/1/2021 |
| Eisenberger | 000 802 0487 | $ 6,461.97 | $ - | $ (6,461.97) | 2/10/2022 |
| Elbaum | 000 769 6095 | $ 612.97 | $ - | $ (612.97) | 9/24/2021 |
| Elston | 000 778 4335 | $ 4,891.04 | $ - | $ (4,891.04) | 11/14/2021 |
| Engel | 000 738 5817 | $ 3,827.44 | $ - | $ (3,827.44) | 2/7/2021 |
| Engelman | 000 741 0627 | $ 3,267.64 | $ - | $ (3,267.64) | 4/13/2021 |
| Engleman | 000 717 1293 | $ 9,974.33 | $ - | $ (9,974.33) | 5/21/2020 |
| Feder | 000 666 5663 | $ 6,068.22 | $ - | $ (6,068.22) | 11/22/2019 |
| Feig | 000 738 6944 | $ 6,479.32 | $ - | $ (6,479.32) | 4/1/2021 |
| Felberbaum | 000 820 7353 | $ 3,540.08 | $ - | $ (3,540.08) | 3/15/2022 |
| Feldbrand | 000 806 6150 | $ 10,969.00 | $ 7,335.55 | $ (3,633.45) | 3/3/2022 |

| Name | Account | Amount | Paid | Balance | Date |
|---|---|---|---|---|---|
| Feldman | 000 708 9162 | $ 7,159.92 | $ - | $ (7,159.92) | 2/28/2020 |
| Field | 000 721 6902 | $ 5,653.25 | $ - | $ (5,653.25) | 8/10/2020 |
| Finkelman | 000 773 2005 | $ 903.40 | $ - | $ (903.40) | 9/20/2021 |
| Finkelstein | 000 720 1922 | $ 3,098.49 | $ - | $ (3,098.49) | 7/19/2020 |
| Flores | 000 729 6530 | $ 2,521.25 | $ - | $ (2,521.25) | 12/9/2020 |
| Fogel | 000 673 8756 | $ 2,912.65 | $ - | $ (2,912.65) | 1/3/2020 |
| Frankel | 000 754 4031 | $ 15,794.07 | $ - | $ (15,794.07) | 7/25/2021 |
| Frankel | 000 741 9602 | $ 7,329.24 | $ - | $ (7,329.24) | 4/15/2021 |
| Frankel | 000 733 0306 | $ 1,120.69 | $ - | $ (1,120.69) | 1/12/2021 |
| Frankel | 000 723 8319 | $ 6,492.32 | $ - | $ (6,492.32) | 9/14/2020 |
| Freidlander | 000 641 5460 | $ 3,077.06 | $ - | $ (3,077.06) | 7/19/2020 |
| Friedman | 000 845 6958 | $ 1,922.42 | $ - | $ (1,922.42) | 8/12/2022 |
| Friedman | 000 775 0233 | $ 15,290.01 | $ - | $ (15,290.01) | 9/30/2021 |
| Friedman | 000 738 3659 | $ 5,109.69 | $ - | $ (5,109.69) | 3/30/2021 |
| Friedman | 000 682 6418 | $ 1,664.61 | $ - | $ (1,664.61) | 2/13/2020 |
| Friedman | 000 645 8100 | $ 13,217.06 | $ - | $ (13,217.06) | 8/19/2019 |
| Frome | 000 805 1361 | $ 9,800.00 | $ - | $ (9,800.00) | 2/26/2022 |
| Fuhrer | 000 662 2952 | $ 5,863.66 | $ - | $ (5,863.66) | 10/31/2019 |
| Fuss | 000 720 2133 | $ 18,795.31 | $ - | $ (18,795.31) | 7/27/2020 |
| Galinsky | 000 722 1197 | $ 3,787.40 | $ - | $ (3,787.40) | 8/20/2020 |
| Gelb | 000 785 9829 | $ 17,663.22 | $ - | $ (17,663.22) | 12/9/2021 |
| Gelbendorf | 000 664 7895 | $ 1,097.22 | $ - | $ (1,097.22) | 11/13/2019 |
| Geller | 000 836 1221 | $ 6,271.45 | $ 3,895.83 | $ (2,375.62) | 7/10/2022 |
| Gilly | 000 722 6627 | $ 2,955.44 | $ - | $ (2,955.44) | 8/25/2020 |
| Gladwell | 000 717 0387 | $ 6,260.43 | $ - | $ (6,260.43) | 6/7/2020 |
| Glass | 000 787 7632 | $ 6,623.31 | $ - | $ (6,623.31) | 12/7/2021 |
| Glustein | 000 736 1590 | $ 7,293.43 | $ - | $ (7,293.43) | 4/11/2021 |
| Glustein | 000 736 5561 | $ 7,000.10 | $ - | $ (7,000.10) | 3/17/2021 |
| Goldberger | 000 792 1794 | $ 6,242.17 | $ - | $ (6,242.17) | 12/9/2021 |
| Goldberger | 000 736 1343 | $ 2,940.00 | $ - | $ (2,940.00) | 2/24/2021 |
| Goldberger | 000 669 3693 | $ 1,513.87 | $ - | $ (1,513.87) | 12/8/2019 |
| Greenfeld | 000 754 3949 | $ 7,647.11 | $ - | $ (7,647.11) | 8/5/2021 |
| Greenfeld | 000 741 9652 | $ 8,246.58 | $ 6,179.84 | $ (2,066.74) | 5/9/2021 |
| Greenfeld | 000 741 9652 | $ 6,765.06 | $ 6,179.84 | $ (585.22) | 5/9/2021 |
| Gross | 000 719 8804 | $ 4,044.28 | $ - | $ (4,044.28) | 7/22/2020 |
| Gross | 000 676 3537 | $ 1,301.19 | $ - | $ (1,301.19) | 1/14/2020 |
| Grossman | 000 862 8648 | $ 3,981.28 | $ - | $ (3,981.28) | 10/24/2022 |
| Grunfeld | 000 722 1295 | $ 3,380.15 | $ - | $ (3,380.15) | 8/20/2020 |
| Grunfeld | 000 721 6953 | $ 4,285.77 | $ - | $ (4,285.77) | 8/14/2020 |
| Grunfeld | 000 731 6953 | $ 10,137.26 | $ - | $ (10,137.26) | 8/14/2020 |
| Guadagno | 000 727 2656 | $ 3,062.05 | $ - | $ (3,062.05) | 11/8/2020 |
| Gurwitz | 000 700 6190 | $ 1,725.00 | $ - | $ (1,725.00) | 3/18/2020 |
| Guttman | 000 718 6001 | $ 5,677.46 | $ - | $ (5,677.46) | 7/8/2020 |
| Guzman | 000 719 8749 | $ 3,382.21 | $ - | $ (3,382.21) | 7/4/2020 |
| Hasan | 000 741 4577 | $ 4,875.83 | $ - | $ (4,875.83) | 5/13/2021 |
| Henig | 000 754 3748 | $ 2,930.60 | $ - | $ (2,930.60) | 8/4/2021 |
| Hershkovitz | 000 613 2841 | $ 3,684.14 | $ - | $ (3,684.14) | 3/14/2019 |
| Herskovits | 000 738 4612 | $ 8,553.90 | $ - | $ (8,553.90) | 2/28/2021 |
| Hillman | 000 725 6048 | $ 4,324.91 | $ - | $ (4,324.91) | 10/8/2020 |
| Hirsch | 000 754 6557 | $ 604.53 | $ - | $ (604.53) | 8/10/2021 |
| Horowitz | 000 725 4860 | $ 2,807.05 | $ - | $ (2,807.05) | 9/29/2020 |
| Hossain | 000 780 0439 | $ 3,655.58 | $ - | $ (3,655.58) | 11/8/2021 |
| Huang | 000 762 0246 | $ 4,285.08 | $ - | $ (4,285.08) | 9/3/2021 |
| Indig | 000 751 6936 | $ 4,402.80 | $ - | $ (4,402.80) | 7/27/2021 |
| Jachimowitz | 000 663 0728 | $ 4,327.66 | $ - | $ (4,327.66) | 11/3/2019 |
| Jacobowitz | 000 717 5634 | $ 3,836.49 | $ - | $ (3,836.49) | 6/29/2020 |

| Name | Account | Amount | | Balance | Date |
|---|---|---|---|---|---|
| Jacobowitz | 000 643 6037 | $ 861.56 | $ - | $ (861.56) | 8/4/2019 |
| Jampolsky | 000 738 3711 | $ 4,873.63 | $ - | $ (4,873.63) | 3/15/2021 |
| Just | 000 727 7560 | $ 3,804.65 | $ - | $ (3,804.65) | 11/16/2020 |
| Just | 000 724 6594 | $ 2,562.87 | $ - | $ (2,562.87) | 9/25/2020 |
| Kamar | 000 651 4871 | $ 21,539.59 | $ - | $ (21,539.59) | 8/22/2019 |
| Karpfen | 000 727 2665 | $ 13,132.97 | $ - | $ (13,132.97) | 10/29/2020 |
| Katz | 000 877 6799 | $ 6,657.78 | $ - | $ (6,657.78) | 12/31/2022 |
| Katz | 000 760 1025 | $ 2,983.67 | $ - | $ (2,983.67) | 8/29/2021 |
| Katz | 000 714 9589 | $ 5,675.65 | $ - | $ (5,675.65) | 5/13/2020 |
| Katz | 000 663 6719 | $ 2,251.90 | $ - | $ (2,251.90) | 10/18/2019 |
| Kaufman | 000 810 3960 | $ 3,889.45 | $ - | $ (3,889.45) | 3/19/2022 |
| Kessler | 000 761 4487 | $ 3,219.98 | $ - | $ (3,219.98) | 9/2/2021 |
| Khan | 000 774 5786 | $ 324.72 | $ - | $ (324.72) | 9/16/2021 |
| Kiszner | 000 736 1305 | $ 3,971.19 | $ - | $ (3,971.19) | 2/21/2021 |
| Klar | 000 723 7379 | $ 2,498.64 | $ - | $ (2,498.64) | 9/14/2020 |
| Klein | 000 755 2619 | $ 6,824.50 | $ - | $ (6,824.50) | 7/28/2021 |
| Klein | 000 747 8284 | $ 903.30 | $ - | $ (903.30) | 7/4/2021 |
| Klitnick | 000 717 5107 | $ 5,864.59 | $ - | $ (5,864.59) | 6/25/2020 |
| Koenig | 000 725 5005 | $ 9,475.11 | $ - | $ (9,475.11) | 9/29/2020 |
| Koenigsberg | 000 718 5976 | $ 3,216.46 | $ - | $ (3,216.46) | 7/8/2020 |
| Kohn | 000 864 4845 | $ 2,275.71 | $ - | $ (2,275.71) | 10/25/2022 |
| Kohn | 000 799 7599 | $ 2,325.76 | $ - | $ (2,325.76) | 1/9/2022 |
| Kohn | 000 783 7857 | $ 5,545.54 | $ - | $ (5,545.54) | 12/6/2021 |
| Kohn | 000 747 6561 | $ 992.35 | $ - | $ (992.35) | 7/4/2021 |
| Kolman | 000 868 7888 | $ 7,851.24 | $ - | $ (7,851.24) | 11/23/2022 |
| Kraus | 000 720 7614 | $ 3,677.80 | $ - | $ (3,677.80) | 8/2/2020 |
| Kugler | 000 689 3303 | $ 7,931.49 | $ - | $ (7,931.49) | 3/6/2020 |
| Landau | 000 744 8438 | $ 2,500.52 | $ - | $ (2,500.52) | 6/12/2021 |
| Landau | 000 717 0701 | $ 8,860.86 | $ - | $ (8,860.86) | 6/23/2020 |
| Landau | 000 676 1912 | $ 1,694.20 | $ - | $ (1,694.20) | 1/2/2020 |
| Langsam | 000 683 4600 | $ 6,838.08 | $ - | $ (6,838.08) | 2/6/2020 |
| Lascaris | 000 771 8612 | $ 4,639.06 | $ - | $ (4,639.06) | 10/9/2021 |
| Lazaro | 000 730 2038 | $ 3,008.53 | $ - | $ (3,008.53) | 12/15/2020 |
| Lefkowitz | 000 719 2744 | $ 21,062.11 | $ - | $ (21,062.11) | 6/26/2020 |
| Leifer | 000 754 3964 | $ 4,585.44 | $ - | $ (4,585.44) | 8/1/2021 |
| Leslie | 000 727 0357 | $ 2,281.18 | $ - | $ (2,281.18) | 11/4/2020 |
| Littman | 000 739 2250 | $ 4,067.21 | $ - | $ (4,067.21) | 4/20/2021 |
| Lovato | 000 748 8060 | $ 3,067.77 | $ - | $ (3,067.77) | 7/5/2021 |
| Lowinger | 000 737 7942 | $ 8,015.78 | $ - | $ (8,015.78) | 4/4/2021 |
| Lowinger | 000 725 6010 | $ 2,464.80 | $ - | $ (2,464.80) | 10/6/2020 |
| Lowy | 000 725 6789 | $ 10,294.26 | $ - | $ (10,294.26) | 10/14/2020 |
| Mandel | 000 757 1688 | $ 5,294.98 | $ - | $ (5,294.98) | 8/20/2021 |
| Marizan | 000 625 2565 | $ 2,065.62 | $ - | $ (2,065.62) | 4/19/2020 |
| Markowits | 000 687 7874 | $ 5,766.32 | $ - | $ (5,766.32) | 1/2/2020 |
| Marku | 000 717 6108 | $ 7,648.60 | $ - | $ (7,648.60) | 6/30/2020 |
| Marmorstein | 000 682 4808 | $ 1,324.80 | $ - | $ (1,324.80) | 1/14/2020 |
| Martinez | 000 670 2218 | $ 1,146.76 | $ - | $ (1,146.76) | 12/9/2019 |
| Meisels | 000 751 2578 | $ 2,113.26 | $ - | $ (2,113.26) | 7/26/2021 |
| Menczer | 000 738 4566 | $ 8,994.67 | $ - | $ (8,994.67) | 3/17/2021 |
| Mendlowitz | 000 746 4473 | $ 2,849.41 | $ - | $ (2,849.41) | 6/20/2021 |
| Michalowitz | 000 730 8919 | $ 6,220.11 | $ - | $ (6,220.11) | 12/23/2020 |
| Miller | 000 711 5489 | $ 2,740.90 | $ - | $ (2,740.90) | 4/29/2020 |
| Mittelman | 000 695 5860 | $ 2,673.71 | $ - | $ (2,673.71) | 2/19/2020 |
| Mondrowitz | 000 754 3824 | $ 2,616.36 | $ - | $ (2,616.36) | 8/9/2021 |
| Morel | 000 721 8915 | $ 3,169.66 | $ 1,788.45 | $ (1,381.21) | 8/16/2020 |
| Morganstern | 000 719 9937 | $ 4,940.80 | $ - | $ (4,940.80) | 7/1/2020 |

| Name | Account | Amount | Paid | Balance | Date |
|---|---|---|---|---|---|
| Moskovics | 000 730 1973 | $ 4,767.66 | $ - | $ (4,767.66) | 12/12/2020 |
| Moskowitz | 000 738 6925 | $ 5,690.27 | $ - | $ (5,690.27) | 4/5/2021 |
| Muller | 000 805 2410 | $ 18,209.26 | $ - | $ (18,209.26) | 2/27/2022 |
| Nalle | 000 806 8863 | $ 3,618.63 | $ - | $ (3,618.63) | 3/4/2022 |
| Neuman | 000 653 0874 | $ 423.82 | $ - | $ (423.82) | 9/18/2019 |
| Nichols | 000 759 3391 | $ 1,558.21 | $ - | $ (1,558.21) | 6/14/2021 |
| Nichols | 000 727 2859 | $ 8,190.15 | $ - | $ (8,190.15) | 10/28/2020 |
| Noe | 000 716 9149 | $ 3,784.93 | $ - | $ (3,784.93) | 6/6/2020 |
| Oberlander | 000 725 7453 | $ 3,530.24 | $ - | $ (3,530.24) | 10/9/2020 |
| Ohnuna | 000 738 7440 | $ 20,385.69 | $ - | $ (20,385.69) | 2/9/2021 |
| Ovits | 000 871 4111 | $ 6,412.22 | $ - | $ (6,412.22) | 12/5/2022 |
| Parnes | 000 731 0573 | $ 5,903.52 | $ - | $ (5,903.52) | 12/26/2020 |
| Perl | 000 735 2123 | $ 2,595.71 | $ - | $ (2,595.71) | 2/24/2021 |
| Piotrkovski | 000 722 6665 | $ 38,730.27 | $ 28,730.27 | $ (10,000.00) | 8/13/2020 |
| Piotrkowski | 000 754 9287 | $ 3,381.90 | $ - | $ (3,381.90) | 8/10/2021 |
| Pogorzelski | 000 723 0777 | $ 6,890.71 | $ - | $ (6,890.71) | 9/1/2020 |
| Porgesz | 000 787 6611 | $ 2,761.83 | $ - | $ (2,761.83) | 12/1/2021 |
| Porgesz | 000 761 1866 | $ 2,486.50 | $ - | $ (2,486.50) | 8/28/2021 |
| Raab | 000 644 6628 | $ 17,229.33 | $ - | $ (17,229.33) | 8/13/2019 |
| Radzik | 000 718 8583 | $ 15,432.62 | $ - | $ (15,432.62) | 7/8/2020 |
| Rahim | 000 761 3702 | $ 2,530.04 | $ - | $ (2,530.04) | 9/1/2021 |
| Rahman | 000 761 1217 | $ 6,655.19 | $ - | $ (6,655.19) | 8/31/2021 |
| Rakibul | 000 791 4079 | $ 5,171.57 | $ - | $ (5,171.57) | 1/4/2022 |
| Reinhold | 000 751 0345 | $ 903.30 | $ - | $ (903.30) | 7/22/2021 |
| Rodriguez | 000 719 7135 | $ 10,425.01 | $ - | $ (10,425.01) | 7/12/2020 |
| Roki | 000 739 0766 | $ 11,082.71 | $ - | $ (11,082.71) | 3/16/2021 |
| Rosenbaum | 000 731 0622 | $ 3,714.16 | $ - | $ (3,714.16) | 12/27/2020 |
| Rosenbaum | 000 722 9344 | $ 2,789.51 | $ - | $ (2,789.51) | 8/16/2020 |
| Rosenberg | 000 781 7858 | $ 950.76 | $ - | $ (950.76) | 11/16/2021 |
| Rosenberg | 000 662 8391 | $ 3,175.33 | $ - | $ (3,175.33) | 10/28/2019 |
| Rosenblatt | 000 752 9034 | $ 4,513.09 | $ - | $ (4,513.09) | 8/3/2021 |
| Rosenfeld | 000 181 2583 | $ 4,677.04 | $ - | $ (4,677.04) | 2/7/2021 |
| Rosenthal | 000 782 5626 | $ 4,069.59 | $ - | $ (4,069.59) | 11/18/2021 |
| Rosenthal | 000 738 4578 | $ 11,730.66 | $ - | $ (11,730.66) | 3/26/2021 |
| Roth | 000 827 4812 | $ 6,639.46 | $ - | $ (6,639.46) | 5/15/2022 |
| Rothbart | 000 709 5388 | $ 3,125.98 | $ - | $ (3,125.98) | 3/12/2020 |
| Rottenberg | 000 754 9513 | $ 2,544.22 | $ - | $ (2,544.22) | 7/27/2021 |
| Rubin | 000 730 5951 | $ 750.00 | $ - | $ (750.00) | 12/20/2020 |
| Rubin | 000 665 7216 | $ 3,032.58 | $ - | $ (3,032.58) | 10/31/2019 |
| Rubin | 000 652 5359 | $ 22,718.65 | $ - | $ (22,718.65) | 9/11/2019 |
| Ruttner | 000 735 6920 | $ 3,425.79 | $ - | $ (3,425.79) | 3/3/2021 |
| Rybak | 000 848 4142 | $ 5,682.43 | $ - | $ (5,682.43) | 8/19/2022 |
| Sajche | 000 750 4450 | $ 627.40 | $ - | $ (627.40) | 7/22/2021 |
| Samonovits | 000 756 8620 | $ 5,542.95 | $ - | $ (5,542.95) | 8/8/2021 |
| Sander | 000 754 3565 | $ 4,204.23 | $ - | $ (4,204.23) | 8/8/2021 |
| Schlesinger | 000 714 9601 | $ 3,768.69 | $ - | $ (3,768.69) | 5/28/2020 |
| Schreiber | 000 721 3848 | $ 3,846.82 | $ - | $ (3,846.82) | 8/9/2020 |
| Schuck | 000 741 9504 | $ 1,727.95 | $ - | $ (1,727.95) | 4/30/2021 |
| Schustal | 000 804 1292 | $ 10,784.29 | $ - | $ (10,784.29) | 2/1/2022 |
| Schvartzman | 000 662 1492 | $ 1,797.09 | $ - | $ (1,797.09) | 8/30/2019 |
| Schwartz | 000 820 1622 | $ 7,745.75 | $ - | $ (7,745.75) | 2/25/2022 |
| Schwartz | 000 803 5466 | $ 2,506.25 | $ - | $ (2,506.25) | 2/19/2022 |
| Schwartz | 000 734 1388 | $ 2,200.00 | $ - | $ (2,200.00) | 2/11/2021 |
| Schwartz | 000 732 5972 | $ 3,273.21 | $ - | $ (3,273.21) | 1/18/2021 |
| Schwartz | 000 731 5862 | $ 3,013.93 | $ - | $ (3,013.93) | 1/4/2021 |
| Schwartz | 000 730 3132 | $ 6,221.21 | $ - | $ (6,221.21) | 12/12/2020 |

| Name | Account | Amount | Paid | Balance | Date |
|---|---|---|---|---|---|
| Schwartz | 000 722 1288 | $ 5,594.01 | $ - | $ (5,594.01) | 8/18/2020 |
| Scurry | 000 737 3777 | $ 4,670.17 | $ - | $ (4,670.17) | 3/30/2021 |
| Sekula | 000 725 6815 | $ 2,340.74 | $ - | $ (2,340.74) | 10/8/2020 |
| Silberstein | 000 723 2783 | $ 2,457.79 | $ - | $ (2,457.79) | 9/6/2020 |
| Simon | 000 728 3741 | $ 2,046.00 | $ - | $ (2,046.00) | 11/13/2020 |
| Simon | 000 677 3279 | $ 1,386.38 | $ - | $ (1,386.38) | 1/8/2020 |
| Simonds | 000 713 5628 | $ 3,043.64 | $ - | $ (3,043.64) | 5/19/2020 |
| Singer | 000 736 4932 | $ 7,875.18 | $ - | $ (7,875.18) | 3/7/2021 |
| Soto | 000 724 6667 | $ 3,214.18 | $ - | $ (3,214.18) | 9/29/2020 |
| Spitzer | 000 787 7285 | $ 1,299.25 | $ - | $ (1,299.25) | 12/5/2021 |
| Spitzer | 000 736 3381 | $ 4,965.55 | $ - | $ (4,965.55) | 3/12/2021 |
| spitzer | 000 727 5166 | $ 3,370.97 | $ - | $ (3,370.97) | 11/12/2020 |
| Spitzer | 000 723 8848 | $ 3,241.44 | $ - | $ (3,241.44) | 9/9/2020 |
| Spitzer | 000 680 8471 | $ 8,360.73 | $ - | $ (8,360.73) | 2/6/2020 |
| Spitzer | 000 618 6885 | $ 6,358.51 | $ - | $ (6,358.51) | 4/11/2019 |
| Steif | 000 682 1116 | $ 5,074.12 | $ - | $ (5,074.12) | 2/12/2020 |
| Steiner | 000 665 7305 | $ 3,198.74 | $ 868.66 | $ (2,330.08) | 11/13/2019 |
| Steiner | 000 644 6609 | $ 21,050.95 | $ - | $ (21,050.95) | 7/9/2019 |
| Steinmetz | 000 731 8437 | $ 3,745.29 | $ - | $ (3,745.29) | 1/6/2021 |
| Steinmetz | 000 723 2777 | $ 8,803.16 | $ - | $ (8,803.16) | 9/3/2020 |
| Stern | 000 691 5539 | $ 1,203.42 | $ - | $ (1,203.42) | 2/22/2020 |
| Stern | 000 684 9521 | $ 5,404.33 | $ - | $ (5,404.33) | 2/14/2020 |
| Sternberger | 000 686 8098 | $ 2,425.51 | $ - | $ (2,425.51) | 3/2/2020 |
| Sternberger | 000 681 7385 | $ 1,599.95 | $ - | $ (1,599.95) | 2/9/2020 |
| Stulovitch | 000 664 3903 | $ 12,155.58 | $ - | $ (12,155.58) | 11/11/2019 |
| Suva | 000 724 6558 | $ 5,164.65 | $ - | $ (5,164.65) | 9/24/2020 |
| Swift | 000 739 0750 | $ 5,607.74 | $ - | $ (5,607.74) | 4/18/2021 |
| Tavarez | 000 757 2090 | $ 20,475.00 | $ - | $ (20,475.00) | 8/15/2021 |
| Templer | 000 756 3622 | $ 22,877.32 | $ 20,392.32 | $ (2,485.00) | 8/11/2021 |
| Tondowski | 000 802 5740 | $ 13,797.11 | $ - | $ (13,797.11) | 1/28/2022 |
| Udman | 000 733 2566 | $ 9,853.60 | $ - | $ (9,853.60) | 12/29/2020 |
| Ungar | 000 691 8352 | $ 2,716.14 | $ - | $ (2,716.14) | 3/10/2020 |
| Ungarischer | 000 802 5301 | $ 995.30 | $ - | $ (995.30) | 2/16/2022 |
| Ungarischer | 000 738 5488 | $ 2,957.98 | $ - | $ (2,957.98) | 4/13/2021 |
| Unger | 000 818 9192 | $ 6,649.53 | $ - | $ (6,649.53) | 4/19/2022 |
| Unger | 000 761 1709 | $ 4,390.30 | $ - | $ (4,390.30) | 9/1/2021 |
| Verghese | 000 722 3356 | $ 15,190.16 | $ - | $ (15,190.16) | 8/22/2020 |
| Vora | 000 715 6621 | $ 4,177.11 | $ - | $ (4,177.11) | 6/9/2020 |
| Waks | 000 725 5966 | $ 3,317.21 | $ - | $ (3,317.21) | 9/11/2020 |
| Wasilki | 000 731 1600 | $ 3,262.09 | $ - | $ (3,262.09) | 12/28/2020 |
| Wax | 000 745 5765 | $ 4,428.44 | $ - | $ (4,428.44) | 6/17/2021 |
| Weber | 000 779 8602 | $ 2,537.53 | $ - | $ (2,537.53) | 11/12/2021 |
| Weber | 000 746 9932 | $ 3,147.78 | $ - | $ (3,147.78) | 6/29/2021 |
| Wechter | 000 652 8010 | $ 11,052.14 | $ - | $ (11,052.14) | 9/16/2019 |
| Weinberger | 000 868 3301 | $ 11,135.39 | $ - | $ (11,135.39) | 11/18/2022 |
| Weinberger | 000 758 8954 | $ 2,412.75 | $ - | $ (2,412.75) | 8/1/2021 |
| Weinstein | 000 722 3361 | $ 5,840.14 | $ - | $ (5,840.14) | 8/14/2020 |
| Weiser | 000 735 5465 | $ 2,208.21 | $ - | $ (2,208.21) | 3/1/2021 |
| Weiss | 000 756 3245 | $ 1,058.97 | $ - | $ (1,058.97) | 8/16/2021 |
| Weiss | 000 749 7522 | $ 2,446.62 | $ - | $ (2,446.62) | 7/15/2021 |
| Weiss | 000 726 6248 | $ 14,510.85 | $ - | $ (14,510.85) | 10/23/2020 |
| Weiss | 000 706 5312 | $ 14,554.07 | $ - | $ (14,554.07) | 4/8/2020 |
| Weiss | 000 683 3849 | $ 2,634.49 | $ - | $ (2,634.49) | 2/17/2020 |
| Weisz | 000 807 4283 | $ 24,671.59 | $ - | $ (24,671.59) | 2/23/2022 |
| Wercberger | 000 791 3536 | $ 4,031.05 | $ - | $ (4,031.05) | 1/1/2022 |
| Wertzberger | 000 732 7122 | $ 20,515.03 | $ - | $ (20,515.03) | 1/4/2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wertzberger | 000 722 8551 | $ | 37,004.05 | $           - | $ (37,004.05) | 8/30/2020 |
| Wertzberger | 000 711 9474 | $ | 2,150.16 | $           - | $ (2,150.16) | 4/26/2020 |
| Werzberger | 000 728 5958 | $ | 560.71 | $           - | $ (560.71) | 11/20/2020 |
| White | 000 677 6797 | $ | 15,163.86 | $           - | $ (15,163.86) | 1/18/2020 |
| Wieder | 000 734 9859 | $ | 560.17 | $           - | $ (560.17) | 2/18/2021 |
| Wiess | 000 700 6241 | $ | 16,644.63 | $           - | $ (16,644.63) | 3/16/2020 |
| Witriol | 000 705 8124 | $ | 8,880.84 | $           - | $ (8,880.84) | 4/6/2020 |
| Wosner | 000 838 1293 | $ | 17,058.26 | $           - | $ (17,058.26) | 7/17/2022 |
| Yanetz | 000 802 0959 | $ | 3,220.06 | $           - | $ (3,220.06) | 2/13/2022 |
| Yerushalmi | 000 781 3353 | $ | 7,198.29 | $           - | $ (7,198.29) | 11/28/2021 |
| Zafir | 000 776 0111 | $ | 7,139.31 | $           - | $ (7,139.31) | 10/24/2021 |
| Zaiat | 000 721 9019 | $ | 7,750.47 | $           - | $ (7,750.47) | 8/14/2020 |
| Zehnwirth | 000 869 3591 | $ | 7,517.99 | $           - | $ (7,517.99) | 11/24/2022 |
| Zoldan | 000 773 1102 | $ | 5,225.71 | $           - | $ (5,225.71) | 10/15/2021 |
| Zoldan | 000 750 0115 | $ | 4,396.30 | $           - | $ (4,396.30) | 7/14/2021 |

TOTAL:     $ (1,656,122.25)

Case 1:23-cv-02534-OEM-PK   Document 20   Filed 11/06/23   Page 17 of 17 PageID #: 241