

Brooklyn
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

January 10, 2025

**VIA ECF ONLY**

Magistrate Judge Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **AEZ Rent A Car New York, LLC v. Visa, Inc. et al**
      **23-cv-02534-OEM-PK**

Dear Judge Kuo:

     This firm represents AEZ Rent A Car New York, LLC, in the above-captioned matter. We write to respectfully request that the undersigned, Nolen Dean Boyer III, be relieved as counsel in this matter. The reason for this request is the undersigned's departure from Abrams Fensterman, LLP.

Respectfully submitted,

*Dean Boyer*
N. Dean Boyer

cc:   Counsel for all appearing parties