UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEZ RENT A CAR NEW YORK, LLC d/b/a EZ RENTAL, <br><br> Plaintiff, <br><br> -against- <br><br> VISA Inc. and VISA USA Inc., <br><br> Defendants. | Case No. 1:23-cv-02534-OEM-PK <br><br> **DECLARATION OF AMY B. MARION** |

I, Amy B. Marion, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly admitted to practice before this Court and a partner at Abrams Fensterman, LLP, attorneys for plaintiff AEZ Rent a Car New York, LLC d/b/a/ EZ Rental ("Plaintiff").

2. I am responsible for prosecuting this action and I submit this declaration in support of plaintiff's counter 56.1 statement and pursuant to this Court's Local Civil Rule 7.1 to place before the Court true and correct copies of documents that support plaintiff's counter 56.1 statement.

3. Attached hereto as Exhibit 1 is a true and correct copy of defendants' Response to Plaintiff's First Set of Interrogatories served on plaintiff, dated March 26, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of defendants' Answer to First Amended Complaint filed with the Court on November 22, 2023.

Dated: Brooklyn, New York
       June 12, 2025

                                                    **ABRAMS FENSTERMAN, LLP**

                                            By:    _____
                                                    Amy Marion
                                                    1 MetroTech Center, Suite 1701

Brooklyn, New York 11201
(718) 215-5300
[amarion@abramslaw.com](mailto:amarion@abramslaw.com)
*Attorneys for Plaintiff*