| Renter Name | Claim Number | Total Expenses | Payments | Net | Date of Loss |
|---|---|---|---|---|---|
| Abedhakam | 000 817 4164 | $ 7,656.67 | $ - | $ (7,656.67) | 4/12/2022 |
| Acosta | 000 679 2145 | $ 3,414.95 | $ - | $ (3,414.95) | 1/27/2020 |
| Ahmed | 000 726 9936 | $ 2,283.03 | $ - | $ (2,283.03) | 11/2/2020 |
| Aktar | 000 754 7138 | $ 2,200.00 | $ - | $ (2,200.00) | 7/12/2021 |
| Arafat | 000 809 9238 | $ 11,832.50 | $ - | $ (11,832.50) | 3/21/2022 |
| Ashen | 000 714 8390 | $ 4,980.43 | $ - | $ (4,980.43) | 5/31/2020 |
| Ashkenazi | 000 662 1457 | $ 1,847.83 | $ - | $ (1,847.83) | 10/29/2019 |
| Atkins | 000 703 9395 | $ 10,817.81 | $ - | $ (10,817.81) | 3/31/2020 |
| Beckerman | 000 754 3227 | $ 7,308.57 | $ - | $ (7,308.57) | 7/25/2021 |
| Benguira | 000 808 2810 | $ 1,842.00 | $ - | $ (1,842.00) | 3/4/2022 |
| Berkowitz | 000 733 1669 | $ 6,107.23 | $ - | $ (6,107.23) | 1/26/2021 |
| Berney | 000 737 0162 | $ 3,761.24 | $ - | $ (3,761.24) | 3/23/2021 |
| Bick | 000 810 1546 | $ 1,293.46 | $ - | $ (1,293.46) | 3/21/2022 |
| Birbach | 000 739 7165 | $ 3,498.91 | $ - | $ (2,498.91) | 3/5/2021 |
| Birnhack | 000 713 5868 | $ 4,324.59 | $ - | $ (4,324.59) | 5/14/2020 |
| Bittman | 000 722 8307 | $ 5,970.72 | $ - | $ (5,970.72) | 8/30/2020 |
| Blau | 000 712 5694 | $ 2,585.04 | $ - | $ (2,585.04) | 5/10/2020 |
| Bleier | 000 829 2530 | $ 4,556.28 | $ - | $ (4,556.28) | 6/8/2022 |
| Blumenfeld | 000 734 9750 | $ 6,239.39 | $ - | $ (6,239.39) | 2/22/2021 |
| Bodenheimer | 000 680 6970 | $ 4,672.71 | $ - | $ (4,672.71) | 2/4/2020 |
| Borenstein | 000 747 0257 | $ 1,516.96 | $ - | $ (1,516.96) | 6/15/2021 |
| Boryshchak | 000 757 1733 | $ 7,940.19 | $ - | $ (7,940.19) | 8/20/2021 |
| Brach | 000 740 9931 | $ 2,827.76 | $ - | $ (2,827.76) | 3/4/2021 |
| Brach | 000 715 6495 | $ 4,464.52 | $ - | $ (4,464.52) | 6/5/2020 |
| Braun | 000 734 0694 | $ 3,761.59 | $ 3,309.20 | $ (452.39) | 2/7/2021 |
| Braun | 000 727 9385 | $ 2,746.91 | $ - | $ (2,746.91) | 11/8/2020 |
| Breier | 000 745 8634 | $ 3,544.67 | $ - | $ (3,544.67) | 6/21/2021 |
| Bresslower | 000 739 1006 | $ 3,820.56 | $ - | $ (3,820.56) | 4/18/2021 |
| Breuer | 000 684 9847 | $ 3,185.34 | $ - | $ (3,185.34) | 2/25/2020 |
| Brown | 000 801 0420 | $ 22,083.28 | $ - | $ (22,083.28) | 1/22/2022 |
| Carone Smith | 000 652 4946 | $ 965.94 | $ - | $ (965.94) | 9/13/2019 |
| Chaim | 000 727 0357 | $ 2,281.18 | $ - | $ (2,281.18) | 11/4/2020 |
| Choueka | 000 680 1647 | $ 1,820.62 | $ - | $ (1,820.62) | 2/2/2020 |
| Chowdhury | 000 729 6510 | $ 2,874.81 | $ - | $ (2,874.81) | 12/8/2020 |
| Dancziger | 000 760 3510 | $ 4,204.33 | $ - | $ (4,204.33) | 8/19/2021 |
| Daniel Amar | 000 651 4497 | $ 1,402.03 | $ - | $ (1,402.03) | 9/4/2019 |
| David | 000 737 7797 | $ 5,309.04 | $ - | $ (5,309.04) | 4/5/2021 |
| Davidovics | 000 804 3503 | $ 9,273.18 | $ - | $ (9,273.18) | 2/23/2022 |
| Derbarmdiger | 000 711 5372 | $ 14,509.89 | $ - | $ (14,509.89) | 4/24/2020 |
| Deutsch | 000 776 4648 | $ 1,703.38 | $ - | $ (1,703.38) | 9/9/2021 |
| Deutsch | 000 682 6287 | $ 9,008.47 | $ - | $ (9,008.47) | 2/11/2020 |
| Deutsch | 000 637 4124 | $ 10,464.28 | $ - | $ (10,464.28) | 6/27/2019 |
| Deutsch | 000 634 8612 | $ 8,471.02 | $ - | $ (8,471.02) | 6/14/2019 |
| Dhonddup | 000 731 5576 | $ 2,583.78 | $ - | $ (2,583.78) | 1/3/2021 |
| Dicker | 000 738 7538 | $ 4,491.85 | $ 3,636.71 | $ (855.14) | 4/1/2021 |
| Eisenberger | 000 802 0487 | $ 6,461.97 | $ - | $ (6,461.97) | 2/10/2022 |
| Elbaum | 000 769 6095 | $ 612.97 | $ - | $ (612.97) | 9/24/2021 |
| Elston | 000 778 4335 | $ 4,891.04 | $ - | $ (4,891.04) | 11/14/2021 |
| Engel | 000 738 5817 | $ 3,827.44 | $ - | $ (3,827.44) | 2/7/2021 |
| Engelman | 000 741 0627 | $ 3,267.64 | $ - | $ (3,267.64) | 4/13/2021 |
| Engleman | 000 717 1293 | $ 9,974.33 | $ - | $ (9,974.33) | 5/21/2020 |
| Feder | 000 666 5663 | $ 6,068.22 | $ - | $ (6,068.22) | 11/22/2019 |
| Feig | 000 738 6944 | $ 6,479.32 | $ - | $ (6,479.32) | 4/1/2021 |
| Felberbaum | 000 820 7353 | $ 3,540.08 | $ - | $ (3,540.08) | 3/15/2022 |
| Feldbrand | 000 806 6150 | $ 10,969.00 | $ 7,335.55 | $ (3,633.45) | 3/3/2022 |

| Name | Account | Amount | Payment | Balance | Date |
|---|---|---|---|---|---|
| Feldman | 000 708 9162 | $ 7,159.92 | $ - | $ (7,159.92) | 2/28/2020 |
| Field | 000 721 6902 | $ 5,653.25 | $ - | $ (5,653.25) | 8/10/2020 |
| Finkelman | 000 773 2005 | $ 903.40 | $ - | $ (903.40) | 9/20/2021 |
| Finkelstein | 000 720 1922 | $ 3,098.49 | $ - | $ (3,098.49) | 7/19/2020 |
| Flores | 000 729 6530 | $ 2,521.25 | $ - | $ (2,521.25) | 12/9/2020 |
| Fogel | 000 673 8756 | $ 2,912.65 | $ - | $ (2,912.65) | 1/3/2020 |
| Frankel | 000 754 4031 | $ 15,794.07 | $ - | $ (15,794.07) | 7/25/2021 |
| Frankel | 000 741 9602 | $ 7,329.24 | $ - | $ (7,329.24) | 4/15/2021 |
| Frankel | 000 733 0306 | $ 1,120.69 | $ - | $ (1,120.69) | 1/12/2021 |
| Frankel | 000 723 8319 | $ 6,492.32 | $ - | $ (6,492.32) | 9/14/2020 |
| Freidlander | 000 641 5460 | $ 3,077.06 | $ - | $ (3,077.06) | 7/19/2020 |
| Friedman | 000 845 6958 | $ 1,922.42 | $ - | $ (1,922.42) | 8/12/2022 |
| Friedman | 000 775 0233 | $ 15,290.01 | $ - | $ (15,290.01) | 9/30/2021 |
| Friedman | 000 738 3659 | $ 5,109.69 | $ - | $ (5,109.69) | 3/30/2021 |
| Friedman | 000 682 6418 | $ 1,664.61 | $ - | $ (1,664.61) | 2/13/2020 |
| Friedman | 000 645 8100 | $ 13,217.06 | $ - | $ (13,217.06) | 8/19/2019 |
| Frome | 000 805 1361 | $ 9,800.00 | $ - | $ (9,800.00) | 2/26/2022 |
| Fuhrer | 000 662 2952 | $ 5,863.66 | $ - | $ (5,863.66) | 10/31/2019 |
| Fuss | 000 720 2133 | $ 18,795.31 | $ - | $ (18,795.31) | 7/27/2020 |
| Galinsky | 000 722 1197 | $ 3,787.40 | $ - | $ (3,787.40) | 8/20/2020 |
| Gelb | 000 785 9829 | $ 17,663.22 | $ - | $ (17,663.22) | 12/9/2021 |
| Gelbendorf | 000 664 7895 | $ 1,097.22 | $ - | $ (1,097.22) | 11/13/2019 |
| Geller | 000 836 1221 | $ 6,271.45 | $ 3,895.83 | $ (2,375.62) | 7/10/2022 |
| Gilly | 000 722 6627 | $ 2,955.44 | $ - | $ (2,955.44) | 8/25/2020 |
| Gladwell | 000 717 0387 | $ 6,260.43 | $ - | $ (6,260.43) | 6/7/2020 |
| Glass | 000 787 7632 | $ 6,623.31 | $ - | $ (6,623.31) | 12/7/2021 |
| Glustein | 000 736 1590 | $ 7,293.43 | $ - | $ (7,293.43) | 4/11/2021 |
| Glustein | 000 736 5561 | $ 7,000.10 | $ - | $ (7,000.10) | 3/17/2021 |
| Goldberger | 000 792 1794 | $ 6,242.17 | $ - | $ (6,242.17) | 12/9/2021 |
| Goldberger | 000 736 1343 | $ 2,940.00 | $ - | $ (2,940.00) | 2/24/2021 |
| Goldberger | 000 669 3693 | $ 1,513.87 | $ - | $ (1,513.87) | 12/8/2019 |
| Greenfeld | 000 754 3949 | $ 7,647.11 | $ - | $ (7,647.11) | 8/5/2021 |
| Greenfeld | 000 741 9652 | $ 8,246.58 | $ 6,179.84 | $ (2,066.74) | 5/9/2021 |
| Greenfeld | 000 741 9652 | $ 6,765.06 | $ 6,179.84 | $ (585.22) | 5/9/2021 |
| Gross | 000 719 8804 | $ 4,044.28 | $ - | $ (4,044.28) | 7/22/2020 |
| Gross | 000 676 3537 | $ 1,301.19 | $ - | $ (1,301.19) | 1/14/2020 |
| Grossman | 000 862 8648 | $ 3,981.28 | $ - | $ (3,981.28) | 10/24/2022 |
| Grunfeld | 000 722 1295 | $ 3,380.15 | $ - | $ (3,380.15) | 8/20/2020 |
| Grunfeld | 000 721 6953 | $ 4,285.77 | $ - | $ (4,285.77) | 8/14/2020 |
| Grunfeld | 000 731 6953 | $ 10,137.26 | $ - | $ (10,137.26) | 8/14/2020 |
| Guadagno | 000 727 2656 | $ 3,062.05 | $ - | $ (3,062.05) | 11/8/2020 |
| Gurwitz | 000 700 6190 | $ 1,725.00 | $ - | $ (1,725.00) | 3/18/2020 |
| Guttman | 000 718 6001 | $ 5,677.46 | $ - | $ (5,677.46) | 7/8/2020 |
| Guzman | 000 719 8749 | $ 3,382.21 | $ - | $ (3,382.21) | 7/4/2020 |
| Hasan | 000 741 4577 | $ 4,875.83 | $ - | $ (4,875.83) | 5/13/2021 |
| Henig | 000 754 3748 | $ 2,930.60 | $ - | $ (2,930.60) | 8/4/2021 |
| Hershkovitz | 000 613 2841 | $ 3,684.14 | $ - | $ (3,684.14) | 3/14/2019 |
| Herskovits | 000 738 4612 | $ 8,553.90 | $ - | $ (8,553.90) | 2/28/2021 |
| Hillman | 000 725 6048 | $ 4,324.91 | $ - | $ (4,324.91) | 10/8/2020 |
| Hirsch | 000 754 6557 | $ 604.53 | $ - | $ (604.53) | 8/10/2021 |
| Horowitz | 000 725 4860 | $ 2,807.05 | $ - | $ (2,807.05) | 9/29/2020 |
| Hossain | 000 780 0439 | $ 3,655.58 | $ - | $ (3,655.58) | 11/8/2021 |
| Huang | 000 762 0246 | $ 4,285.08 | $ - | $ (4,285.08) | 9/3/2021 |
| Indig | 000 751 6936 | $ 4,402.80 | $ - | $ (4,402.80) | 7/27/2021 |
| Jachimowitz | 000 663 0728 | $ 4,327.66 | $ - | $ (4,327.66) | 11/3/2019 |
| Jacobowitz | 000 717 5634 | $ 3,836.49 | $ - | $ (3,836.49) | 6/29/2020 |

| Name | Account | Amount | | Balance | Date |
|---|---|---|---|---|---|
| Jacobowitz | 000 643 6037 | $ 861.56 | $ - | $ (861.56) | 8/4/2019 |
| Jampolsky | 000 738 3711 | $ 4,873.63 | $ - | $ (4,873.63) | 3/15/2021 |
| Just | 000 727 7560 | $ 3,804.65 | $ - | $ (3,804.65) | 11/16/2020 |
| Just | 000 724 6594 | $ 2,562.87 | $ - | $ (2,562.87) | 9/25/2020 |
| Kamar | 000 651 4871 | $ 21,539.59 | $ - | $ (21,539.59) | 8/22/2019 |
| Karpfen | 000 727 2665 | $ 13,132.97 | $ - | $ (13,132.97) | 10/29/2020 |
| Katz | 000 877 6799 | $ 6,657.78 | $ - | $ (6,657.78) | 12/31/2022 |
| Katz | 000 760 1025 | $ 2,983.67 | $ - | $ (2,983.67) | 8/29/2021 |
| Katz | 000 714 9589 | $ 5,675.65 | $ - | $ (5,675.65) | 5/13/2020 |
| Katz | 000 663 6719 | $ 2,251.90 | $ - | $ (2,251.90) | 10/18/2019 |
| Kaufman | 000 810 3960 | $ 3,889.45 | $ - | $ (3,889.45) | 3/19/2022 |
| Kessler | 000 761 4487 | $ 3,219.98 | $ - | $ (3,219.98) | 9/2/2021 |
| Khan | 000 774 5786 | $ 324.72 | $ - | $ (324.72) | 9/16/2021 |
| Kiszner | 000 736 1305 | $ 3,971.19 | $ - | $ (3,971.19) | 2/21/2021 |
| Klar | 000 723 7379 | $ 2,498.64 | $ - | $ (2,498.64) | 9/14/2020 |
| Klein | 000 755 2619 | $ 6,824.50 | $ - | $ (6,824.50) | 7/28/2021 |
| Klein | 000 747 8284 | $ 903.30 | $ - | $ (903.30) | 7/4/2021 |
| Klitnick | 000 717 5107 | $ 5,864.59 | $ - | $ (5,864.59) | 6/25/2020 |
| Koenig | 000 725 5005 | $ 9,475.11 | $ - | $ (9,475.11) | 9/29/2020 |
| Koenigsberg | 000 718 5976 | $ 3,216.46 | $ - | $ (3,216.46) | 7/8/2020 |
| Kohn | 000 864 4845 | $ 2,275.71 | $ - | $ (2,275.71) | 10/25/2022 |
| Kohn | 000 799 7599 | $ 2,325.76 | $ - | $ (2,325.76) | 1/9/2022 |
| Kohn | 000 783 7857 | $ 5,545.54 | $ - | $ (5,545.54) | 12/6/2021 |
| Kohn | 000 747 6561 | $ 992.35 | $ - | $ (992.35) | 7/4/2021 |
| Kolman | 000 868 7888 | $ 7,851.24 | $ - | $ (7,851.24) | 11/23/2022 |
| Kraus | 000 720 7614 | $ 3,677.80 | $ - | $ (3,677.80) | 8/2/2020 |
| Kugler | 000 689 3303 | $ 7,931.49 | $ - | $ (7,931.49) | 3/6/2020 |
| Landau | 000 744 8438 | $ 2,500.52 | $ - | $ (2,500.52) | 6/12/2021 |
| Landau | 000 717 0701 | $ 8,860.86 | $ - | $ (8,860.86) | 6/23/2020 |
| Landau | 000 676 1912 | $ 1,694.20 | $ - | $ (1,694.20) | 1/2/2020 |
| Langsam | 000 683 4600 | $ 6,838.08 | $ - | $ (6,838.08) | 2/6/2020 |
| Lascaris | 000 771 8612 | $ 4,639.06 | $ - | $ (4,639.06) | 10/9/2021 |
| Lazaro | 000 730 2038 | $ 3,008.53 | $ - | $ (3,008.53) | 12/15/2020 |
| Lefkowitz | 000 719 2744 | $ 21,062.11 | $ - | $ (21,062.11) | 6/26/2020 |
| Leifer | 000 754 3964 | $ 4,585.44 | $ - | $ (4,585.44) | 8/1/2021 |
| Leslie | 000 727 0357 | $ 2,281.18 | $ - | $ (2,281.18) | 11/4/2020 |
| Littman | 000 739 2250 | $ 4,067.21 | $ - | $ (4,067.21) | 4/20/2021 |
| Lovato | 000 748 8060 | $ 3,067.77 | $ - | $ (3,067.77) | 7/5/2021 |
| Lowinger | 000 737 7942 | $ 8,015.78 | $ - | $ (8,015.78) | 4/4/2021 |
| Lowinger | 000 725 6010 | $ 2,464.80 | $ - | $ (2,464.80) | 10/6/2020 |
| Lowy | 000 725 6789 | $ 10,294.26 | $ - | $ (10,294.26) | 10/14/2020 |
| Mandel | 000 757 1688 | $ 5,294.98 | $ - | $ (5,294.98) | 8/20/2021 |
| Marizan | 000 625 2565 | $ 2,065.62 | $ - | $ (2,065.62) | 4/19/2020 |
| Markowits | 000 687 7874 | $ 5,766.32 | $ - | $ (5,766.32) | 1/2/2020 |
| Marku | 000 717 6108 | $ 7,648.60 | $ - | $ (7,648.60) | 6/30/2020 |
| Marmorstein | 000 682 4808 | $ 1,324.80 | $ - | $ (1,324.80) | 1/14/2020 |
| Martinez | 000 670 2218 | $ 1,146.76 | $ - | $ (1,146.76) | 12/9/2019 |
| Meisels | 000 751 2578 | $ 2,113.26 | $ - | $ (2,113.26) | 7/26/2021 |
| Menczer | 000 738 4566 | $ 8,994.67 | $ - | $ (8,994.67) | 3/17/2021 |
| Mendlowitz | 000 746 4473 | $ 2,849.41 | $ - | $ (2,849.41) | 6/20/2021 |
| Michalowitz | 000 730 8919 | $ 6,220.11 | $ - | $ (6,220.11) | 12/23/2020 |
| Miller | 000 711 5489 | $ 2,740.90 | $ - | $ (2,740.90) | 4/29/2020 |
| Mittelman | 000 695 5860 | $ 2,673.71 | $ - | $ (2,673.71) | 2/19/2020 |
| Mondrowitz | 000 754 3824 | $ 2,616.36 | $ - | $ (2,616.36) | 8/9/2021 |
| Morel | 000 721 8915 | $ 3,169.66 | $ 1,788.45 | $ (1,381.21) | 8/16/2020 |
| Morganstern | 000 719 9937 | $ 4,940.80 | $ - | $ (4,940.80) | 7/1/2020 |

| Name | Account | Amount | | Payment | | Balance | Date |
|---|---|---|---|---|---|---|---|
| Moskovics | 000 730 1973 | $ | 4,767.66 | $ | - | $ (4,767.66) | 12/12/2020 |
| Moskowitz | 000 738 6925 | $ | 5,690.27 | $ | - | $ (5,690.27) | 4/5/2021 |
| Muller | 000 805 2410 | $ | 18,209.26 | $ | - | $ (18,209.26) | 2/27/2022 |
| Nalle | 000 806 8863 | $ | 3,618.63 | $ | - | $ (3,618.63) | 3/4/2022 |
| Neuman | 000 653 0874 | $ | 423.82 | $ | - | $ (423.82) | 9/18/2019 |
| Nichols | 000 759 3391 | $ | 1,558.21 | $ | - | $ (1,558.21) | 6/14/2021 |
| Nichols | 000 727 2859 | $ | 8,190.15 | $ | - | $ (8,190.15) | 10/28/2020 |
| Noe | 000 716 9149 | $ | 3,784.93 | $ | - | $ (3,784.93) | 6/6/2020 |
| Oberlander | 000 725 7453 | $ | 3,530.24 | $ | - | $ (3,530.24) | 10/9/2020 |
| Ohnuna | 000 738 7440 | $ | 20,385.69 | $ | - | $ (20,385.69) | 2/9/2021 |
| Ovits | 000 871 4111 | $ | 6,412.22 | $ | - | $ (6,412.22) | 12/5/2022 |
| Parnes | 000 731 0573 | $ | 5,903.52 | $ | - | $ (5,903.52) | 12/26/2020 |
| Perl | 000 735 2123 | $ | 2,595.71 | $ | - | $ (2,595.71) | 2/24/2021 |
| Piotrkovski | 000 722 6665 | $ | 38,730.27 | $ | 28,730.27 | $ (10,000.00) | 8/13/2020 |
| Piotrkowski | 000 754 9287 | $ | 3,381.90 | $ | - | $ (3,381.90) | 8/10/2021 |
| Pogorzelski | 000 723 0777 | $ | 6,890.71 | $ | - | $ (6,890.71) | 9/1/2020 |
| Porgesz | 000 787 6611 | $ | 2,761.83 | $ | - | $ (2,761.83) | 12/1/2021 |
| Porgesz | 000 761 1866 | $ | 2,486.50 | $ | - | $ (2,486.50) | 8/28/2021 |
| Raab | 000 644 6628 | $ | 17,229.33 | $ | - | $ (17,229.33) | 8/13/2019 |
| Radzik | 000 718 8583 | $ | 15,432.62 | $ | - | $ (15,432.62) | 7/8/2020 |
| Rahim | 000 761 3702 | $ | 2,530.04 | $ | - | $ (2,530.04) | 9/1/2021 |
| Rahman | 000 761 1217 | $ | 6,655.19 | $ | - | $ (6,655.19) | 8/31/2021 |
| Rakibul | 000 791 4079 | $ | 5,171.57 | $ | - | $ (5,171.57) | 1/4/2022 |
| Reinhold | 000 751 0345 | $ | 903.30 | $ | - | $ (903.30) | 7/22/2021 |
| Rodriguez | 000 719 7135 | $ | 10,425.01 | $ | - | $ (10,425.01) | 7/12/2020 |
| Roki | 000 739 0766 | $ | 11,082.71 | $ | - | $ (11,082.71) | 3/16/2021 |
| Rosenbaum | 000 731 0622 | $ | 3,714.16 | $ | - | $ (3,714.16) | 12/27/2020 |
| Rosenbaum | 000 722 9344 | $ | 2,789.51 | $ | - | $ (2,789.51) | 8/16/2020 |
| Rosenberg | 000 781 7858 | $ | 950.76 | $ | - | $ (950.76) | 11/16/2021 |
| Rosenberg | 000 662 8391 | $ | 3,175.33 | $ | - | $ (3,175.33) | 10/28/2019 |
| Rosenblatt | 000 752 9034 | $ | 4,513.09 | $ | - | $ (4,513.09) | 8/3/2021 |
| Rosenfeld | 000 181 2583 | $ | 4,677.04 | $ | - | $ (4,677.04) | 2/7/2021 |
| Rosenthal | 000 782 5626 | $ | 4,069.59 | $ | - | $ (4,069.59) | 11/18/2021 |
| Rosenthal | 000 738 4578 | $ | 11,730.66 | $ | - | $ (11,730.66) | 3/26/2021 |
| Roth | 000 827 4812 | $ | 6,639.46 | $ | - | $ (6,639.46) | 5/15/2022 |
| Rothbart | 000 709 5388 | $ | 3,125.98 | $ | - | $ (3,125.98) | 3/12/2020 |
| Rottenberg | 000 754 9513 | $ | 2,544.22 | $ | - | $ (2,544.22) | 7/27/2021 |
| Rubin | 000 730 5951 | $ | 750.00 | $ | - | $ (750.00) | 12/20/2020 |
| Rubin | 000 665 7216 | $ | 3,032.58 | $ | - | $ (3,032.58) | 10/31/2019 |
| Rubin | 000 652 5359 | $ | 22,718.65 | $ | - | $ (22,718.65) | 9/11/2019 |
| Ruttner | 000 735 6920 | $ | 3,425.79 | $ | - | $ (3,425.79) | 3/3/2021 |
| Rybak | 000 848 4142 | $ | 5,682.43 | $ | - | $ (5,682.43) | 8/19/2022 |
| Sajche | 000 750 4450 | $ | 627.40 | $ | - | $ (627.40) | 7/22/2021 |
| Samonovits | 000 756 8620 | $ | 5,542.95 | $ | - | $ (5,542.95) | 8/8/2021 |
| Sander | 000 754 3565 | $ | 4,204.23 | $ | - | $ (4,204.23) | 8/8/2021 |
| Schlesinger | 000 714 9601 | $ | 3,768.69 | $ | - | $ (3,768.69) | 5/28/2020 |
| Schreiber | 000 721 3848 | $ | 3,846.82 | $ | - | $ (3,846.82) | 8/9/2020 |
| Schuck | 000 741 9504 | $ | 1,727.95 | $ | - | $ (1,727.95) | 4/30/2021 |
| Schustal | 000 804 1292 | $ | 10,784.29 | $ | - | $ (10,784.29) | 2/1/2022 |
| Schvartzman | 000 662 1492 | $ | 1,797.09 | $ | - | $ (1,797.09) | 8/30/2019 |
| Schwartz | 000 820 1622 | $ | 7,745.75 | $ | - | $ (7,745.75) | 2/25/2022 |
| Schwartz | 000 803 5466 | $ | 2,506.25 | $ | - | $ (2,506.25) | 2/19/2022 |
| Schwartz | 000 734 1388 | $ | 2,200.00 | $ | - | $ (2,200.00) | 2/11/2021 |
| Schwartz | 000 732 5972 | $ | 3,273.21 | $ | - | $ (3,273.21) | 1/18/2021 |
| Schwartz | 000 731 5862 | $ | 3,013.93 | $ | - | $ (3,013.93) | 1/4/2021 |
| Schwartz | 000 730 3132 | $ | 6,221.21 | $ | - | $ (6,221.21) | 12/12/2020 |

| Name | Account | Amount | Paid | Balance | Date |
|---|---|---|---|---|---|
| Schwartz | 000 722 1288 | $ 5,594.01 | $ - | $ (5,594.01) | 8/18/2020 |
| Scurry | 000 737 3777 | $ 4,670.17 | $ - | $ (4,670.17) | 3/30/2021 |
| Sekula | 000 725 6815 | $ 2,340.74 | $ - | $ (2,340.74) | 10/8/2020 |
| Silberstein | 000 723 2783 | $ 2,457.79 | $ - | $ (2,457.79) | 9/6/2020 |
| Simon | 000 728 3741 | $ 2,046.00 | $ - | $ (2,046.00) | 11/13/2020 |
| Simon | 000 677 3279 | $ 1,386.38 | $ - | $ (1,386.38) | 1/8/2020 |
| Simonds | 000 713 5628 | $ 3,043.64 | $ - | $ (3,043.64) | 5/19/2020 |
| Singer | 000 736 4932 | $ 7,875.18 | $ - | $ (7,875.18) | 3/7/2021 |
| Soto | 000 724 6667 | $ 3,214.18 | $ - | $ (3,214.18) | 9/29/2020 |
| Spitzer | 000 787 7285 | $ 1,299.25 | $ - | $ (1,299.25) | 12/5/2021 |
| Spitzer | 000 736 3381 | $ 4,965.55 | $ - | $ (4,965.55) | 3/12/2021 |
| spitzer | 000 727 5166 | $ 3,370.97 | $ - | $ (3,370.97) | 11/12/2020 |
| Spitzer | 000 723 8848 | $ 3,241.44 | $ - | $ (3,241.44) | 9/9/2020 |
| Spitzer | 000 680 8471 | $ 8,360.73 | $ - | $ (8,360.73) | 2/6/2020 |
| Spitzer | 000 618 6885 | $ 6,358.51 | $ - | $ (6,358.51) | 4/11/2019 |
| Steif | 000 682 1116 | $ 5,074.12 | $ - | $ (5,074.12) | 2/12/2020 |
| Steiner | 000 665 7305 | $ 3,198.74 | $ 868.66 | $ (2,330.08) | 11/13/2019 |
| Steiner | 000 644 6609 | $ 21,050.95 | $ - | $ (21,050.95) | 7/9/2019 |
| Steinmetz | 000 731 8437 | $ 3,745.29 | $ - | $ (3,745.29) | 1/6/2021 |
| Steinmetz | 000 723 2777 | $ 8,803.16 | $ - | $ (8,803.16) | 9/3/2020 |
| Stern | 000 691 5539 | $ 1,203.42 | $ - | $ (1,203.42) | 2/22/2020 |
| Stern | 000 684 9521 | $ 5,404.33 | $ - | $ (5,404.33) | 2/14/2020 |
| Sternberger | 000 686 8098 | $ 2,425.51 | $ - | $ (2,425.51) | 3/2/2020 |
| Sternberger | 000 681 7385 | $ 1,599.95 | $ - | $ (1,599.95) | 2/9/2020 |
| Stulovitch | 000 664 3903 | $ 12,155.58 | $ - | $ (12,155.58) | 11/11/2019 |
| Suva | 000 724 6558 | $ 5,164.65 | $ - | $ (5,164.65) | 9/24/2020 |
| Swift | 000 739 0750 | $ 5,607.74 | $ - | $ (5,607.74) | 4/18/2021 |
| Tavarez | 000 757 2090 | $ 20,475.00 | $ - | $ (20,475.00) | 8/15/2021 |
| Templer | 000 756 3622 | $ 22,877.32 | $ 20,392.32 | $ (2,485.00) | 8/11/2021 |
| Tondowski | 000 802 5740 | $ 13,797.11 | $ - | $ (13,797.11) | 1/28/2022 |
| Udman | 000 733 2566 | $ 9,853.60 | $ - | $ (9,853.60) | 12/29/2020 |
| Ungar | 000 691 8352 | $ 2,716.14 | $ - | $ (2,716.14) | 3/10/2020 |
| Ungarischer | 000 802 5301 | $ 995.30 | $ - | $ (995.30) | 2/16/2022 |
| Ungarischer | 000 738 5488 | $ 2,957.98 | $ - | $ (2,957.98) | 4/13/2021 |
| Unger | 000 818 9192 | $ 6,649.53 | $ - | $ (6,649.53) | 4/19/2022 |
| Unger | 000 761 1709 | $ 4,390.30 | $ - | $ (4,390.30) | 9/1/2021 |
| Verghese | 000 722 3356 | $ 15,190.16 | $ - | $ (15,190.16) | 8/22/2020 |
| Vora | 000 715 6621 | $ 4,177.11 | $ - | $ (4,177.11) | 6/9/2020 |
| Waks | 000 725 5966 | $ 3,317.21 | $ - | $ (3,317.21) | 9/11/2020 |
| Wasilki | 000 731 1600 | $ 3,262.09 | $ - | $ (3,262.09) | 12/28/2020 |
| Wax | 000 745 5765 | $ 4,428.44 | $ - | $ (4,428.44) | 6/17/2021 |
| Weber | 000 779 8602 | $ 2,537.53 | $ - | $ (2,537.53) | 11/12/2021 |
| Weber | 000 746 9932 | $ 3,147.78 | $ - | $ (3,147.78) | 6/29/2021 |
| Wechter | 000 652 8010 | $ 11,052.14 | $ - | $ (11,052.14) | 9/16/2019 |
| Weinberger | 000 868 3301 | $ 11,135.39 | $ - | $ (11,135.39) | 11/18/2022 |
| Weinberger | 000 758 8954 | $ 2,412.75 | $ - | $ (2,412.75) | 8/1/2021 |
| Weinstein | 000 722 3361 | $ 5,840.14 | $ - | $ (5,840.14) | 8/14/2020 |
| Weiser | 000 735 5465 | $ 2,208.21 | $ - | $ (2,208.21) | 3/1/2021 |
| Weiss | 000 756 3245 | $ 1,058.97 | $ - | $ (1,058.97) | 8/16/2021 |
| Weiss | 000 749 7522 | $ 2,446.62 | $ - | $ (2,446.62) | 7/15/2021 |
| Weiss | 000 726 6248 | $ 14,510.85 | $ - | $ (14,510.85) | 10/23/2020 |
| Weiss | 000 706 5312 | $ 14,554.07 | $ - | $ (14,554.07) | 4/8/2020 |
| Weiss | 000 683 3849 | $ 2,634.49 | $ - | $ (2,634.49) | 2/17/2020 |
| Weisz | 000 807 4283 | $ 24,671.59 | $ - | $ (24,671.59) | 2/23/2022 |
| Wercberger | 000 791 3536 | $ 4,031.05 | $ - | $ (4,031.05) | 1/1/2022 |
| Wertzberger | 000 732 7122 | $ 20,515.03 | $ - | $ (20,515.03) | 1/4/2021 |

| Name | Account | Amount | | Balance | Date |
|---|---|---|---|---|---|
| Wertzberger | 000 722 8551 | $ 37,004.05 | $ - | $ (37,004.05) | 8/30/2020 |
| Wertzberger | 000 711 9474 | $ 2,150.16 | $ - | $ (2,150.16) | 4/26/2020 |
| Werzberger | 000 728 5958 | $ 560.71 | $ - | $ (560.71) | 11/20/2020 |
| White | 000 677 6797 | $ 15,163.86 | $ - | $ (15,163.86) | 1/18/2020 |
| Wieder | 000 734 9859 | $ 560.17 | $ - | $ (560.17) | 2/18/2021 |
| Wiess | 000 700 6241 | $ 16,644.63 | $ - | $ (16,644.63) | 3/16/2020 |
| Witriol | 000 705 8124 | $ 8,880.84 | $ - | $ (8,880.84) | 4/6/2020 |
| Wosner | 000 838 1293 | $ 17,058.26 | $ - | $ (17,058.26) | 7/17/2022 |
| Yanetz | 000 802 0959 | $ 3,220.06 | $ - | $ (3,220.06) | 2/13/2022 |
| Yerushalmi | 000 781 3353 | $ 7,198.29 | $ - | $ (7,198.29) | 11/28/2021 |
| Zafir | 000 776 0111 | $ 7,139.31 | $ - | $ (7,139.31) | 10/24/2021 |
| Zaiat | 000 721 9019 | $ 7,750.47 | $ - | $ (7,750.47) | 8/14/2020 |
| Zehnwirth | 000 869 3591 | $ 7,517.99 | $ - | $ (7,517.99) | 11/24/2022 |
| Zoldan | 000 773 1102 | $ 5,225.71 | $ - | $ (5,225.71) | 10/15/2021 |
| Zoldan | 000 750 0115 | $ 4,396.30 | $ - | $ (4,396.30) | 7/14/2021 |

TOTAL: $ (1,656,122.25)